IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IAN MORDLE, :
    Petitioner : CIVIL ACTION NO. 1:00-1163
     : (KANE, J.)
V. : (DURKIN, M.J.)
I.N.S., :
    Respondent :
     :

O R D E R

IT IS ORDERED THAT:

(1) Respondent shall show cause within twenty (20) days of the date of this order why the petitioner should not be granted habeas corpus relief;

(2) A determination as to whether or not the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response; and,

(3) Petitioner shall, if he so desires, file a reply to the response to the show cause order within fifteen (15) days of its filing.

RAYMOND J. DURKIN
United States Magistrate Judge

Dated: July 31, 2000

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 2, 2000

Re:   1:00-cv-01163      Mordle v. I.N.S.


True and correct copies of the attached were mailed by the clerk to the following:

```
Ian Mordle
CTY-YORK
08660-067
#54704
York County Prison
3401 Concord Road
York, PA  17402
```

cc:
Judge                              ( )
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen   ( )    PA Atty Gen ( )
                                             DA of County  ( )    Respondents ( )

Bankruptcy Court                   ( )
Other _____      ( )

                                                        MARY E. D'ANDREA, Clerk

DATE: 8/2/00                                            BY: _____
                                                             Deputy Clerk