JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 17 2000
MARY E. D'ANDREA, CLERK
Per _____

| | | |
|---|---|---|
| IAN MORDLE, | : | |
| Petitioner | : | No. 1:CV-00-1163 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Durkin) |
| IMMIGRATION AND NATURALIZATION SERVICE, | : | |
| Respondent | : | |

RESPONDENT'S EXHIBITS IN SUPPORT
OF ITS RESPONSE TO HABEAS CORPUS PETITION

DAVID M. BARASCH
United States Attorney

THEODORE B. SMITH, III
Assistant U.S. Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA    17108-1754
(717) 221-4482

Date: August 17, 2000

AUG-14-2000 16:34      INS DISTRICT COUNSEL           215 656 7148    P.04/08

# POST ORDER CUSTODY REVIEW WORKSHEET FOR FILE REVIEW AND/OR INTERVIEW

Detainee Name: MORDLE, Ian Paul    Date of Birth: 11/24/72    "A" Number: 36 476 325

AKAs: Mordle, E    BOP Number:

Country of Birth: Guyana    Citizenship: Guyana

Date of Arrival: 12/14/80    Place of Arrival: New York, NY

Manner of Arrival: Immigrant    Last Date into INS Custody: 06/29/99

Entered INS Custody from:  ☐ Local  ☑ State  ☐ Federal Institution  ☐ Other

Location: SCI Camp Hill    Institution Number: DE-3828

Immigration History: (Prior INS arrest[s]/parole/bond/custody information)

    Describe:    Custody determination of 10/06/97, detained in custody of Service

Deportation Officer: Timothy J. Sharon    Date of Review: 04/03/00

Location Detained: York County Prison

## Deportation/Exclusion/Removal Proceedings

List all Charges:  ☑ Section 237 (a)  (2)(B)(i),(2)(C),(2)(A)(iii)
                ☐ Section 212 (a)  ,  ,
                ☐ Section 241  ,  ,

☐ Under <u>Final Order</u> dated April 21, 1998 by ☑ IJ ☐ BIA ☐ Other

☑ Appeal Waived/Appeal Time Elapsed

Travel Document Status/History:

TD requested from Consulate General of Guyana (NYC) on 07/12/99, Request for assistance made to HQOPS / DDP on 12/06/99, follow up to HQOPS / DDP made on 01/24/00.

## Legal Representative / Attorney

**G-28 Filed:** ☐ Yes  ☑ No

**Legal Rep/Atty. Notified of Interview:** ☐ Yes  ☑ N/A    by:
                                                              on:

**Name of Representative / Attorney:**   N/A

**Mailing Address:**            **Telephone Number:**

**Present during interview:** ☐ Yes  ☑ No

## Criminal History

**Outside the United States:** Unknown
(specify nature of crime, whether convicted, sentence imposed, date, and country)

**In the United States:** Criminal possession of weapon, convicted Kings CO. NY, 5 years probation 03/31/95. Criminal possession of a controlled substance, convicted Kings CO, NY, 1 year 05/12/94. Burglary, Criminal Trespass, Theft, convicted, Adams CO, PA, 18 MO -36 MO on 01/13/97.

**NCIC Checks:**   ☑ Criminal History     ☐ No record Found
                   (State and Federal)

FBI#  357765TA2                              SID#  NY 6709033P
    Summary of NCIC Checks:  See Above

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**  ☐ Yes  ☑ No

　　If Yes, List & Describe:    Unknown, no record in A file

　　Source:

**Disciplinary reports and Incidents while in INS Custody?**  ☑ Yes  ☐ No

　　If Yes, List & Describe: On 08/12/99, detainee was found to be making alcohol in his cell. On 08/16/99, detainee admitted guilt at review hearing and given 30 days in BAU.

On 08/12/99, detainee and another were destroying county property. On 08/16/99, detainee was found guilty of not reporting incident.

## Specifics of Interview

Date of File Review:     04/03/00

Date of Detainee Interview: N/A

Location of Interview:    N/A

Interviewing Officer:#1:    N/A

    #2:    (optional)

Interpreter Used:    ☐ Yes    ☐ No    Name:
Language/Dialect:

---

Does the detainee have a place to live in the United States?    ☐ Yes    ☑ No

    Address:    Unknown, alien did not provide any information

Is the detainee subject to any parole or probation requirements?    ☑ Yes    ☐ No

    Describe:    On parole in PA

Does the detainee have close family ties within the United States?    ☑ Yes    ☐ No

    Describe:    Both parents reside in NY State

Does the detainee have any community ties or non-governmental sponsors?
    ☐ Yes    ☑ No
    Describe:    N/A

Does the detainee have any employment prospects?    ☐ Yes    ☑ No

    Describe:    N/A

What is the detainee's employment history?

    Describe:    Unknown, none provided

What is the detainee's educational level?

    Describe: Unknown no information provided

Does the detainee have any vocational training?

    Describe: Unknown, no information provided

## *Medical/Psychological Concerns*

Medical/Psychological Report :  ☐ In A-File  ☒ None  ☐ Not Available

Date and Source: N/A

Summary:

Other documentary evidence for consideration in this review:

N/A

## Discussion at Interview

Notes: N/A

The INS detainee was found  ☐ **CREDIBLE**    ☐ **NOT CREDIBLE**
Explain: N/A

## Officer Comments/Analysis & Recommendation

Mordle has been convicted on three separate occasions for weapons, drugs and burglary. While detained at YCP he was found making alcohol in his cell and acted as a look out for a fellow detainee who was breaking out the window in his cell. A written notice of this review was sent to Mordle via the prison mail on 03/13/00, as of this report date, 04/03/00 the detainee has not provided any information to review on his behalf.

Based on the seriousness of Mordle's convictions and his disciplinary record while detained at York County Prison, I recommend that Mordle remain in detention pending the issuance of travel documents or until his next post order interview.

_____    Date: APR 0 3 2000    (Detain)    Release
Interviewing Officer #1:
Timothy J. Shearon

_____    Date: _____    Detain    Release
Interviewing Officer #2:
(optional)

Reviewed by: [signature]    Date: 4/4/00    (Concur)    Do Not Concur

# DISTRICT DIRECTOR'S CUSTODY DETERMINATION

☐ RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☐ RELEASE FROM CUSTODY / ORDER OF SUPERVISION UNDER BOND

   Bond Amount: _____

☒ CONTINUE IN CUSTODY / SCHEDULE FOR REVIEW IN SIX MONTHS

Comments (attach additional sheet(s) if necessary):

INS District Office: _____PHI_____

Signature of District Director:  _____[signature]_____     Date: 4-12-00
or of Designee (ADD, DADD)
                              THEODORE R. NORDMARK
                              ASSISTANT DISTRICT DIRECTOR
                              DETENTION AND DEPORTATION
                              (Printed Name & Title)

## *HEADQUARTER'S REVIEW OF CONTINUED DETENTION*

| Reviewing Officers | Concur | Reconsider | Date |
|---|---|---|---|
| (Name, Title, Signature) | | | |
| (Name, Title, Signature) | | | |
| (Name, Title, Signature) | | | |

For comments, please refer to the "Headquarters Post Order Custody Review" form.



**U.S. Department of Justice**
Immigration and Naturalization Service

*1600 Callowhill Street*
*Philadelphia, PA 19130*

Ian Paul MORDLE                           A#36 476 325
C/O Berks County Prison
RD#1 Box 265
Leesport, PA 19533

## *Notice to Alien of File Custody Review*

You are detained in the custody of the Immigration and Naturalization Service (INS) and you are required to cooperate with the INS in effecting your removal from the United States. If the INS has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering INS custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in INS custody, the INS District Director will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating by "clear and convincing evidence" that you will **not** pose a danger to the community and **will not** be a significant flight risk.

Your custody status will be reviewed on or about: (April 3, 2000). The District Director may consider, but is not limited to considering the following:

1. The nature and seriousness of your criminal convictions;
2. Other criminal history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Prior immigration violations and history; and
10. Cooperation in obtaining your travel document.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf.

        U.S. Department of Justice
        **Immigration and Naturalization Service**
        Attn.: Timothy J. Shearon, Deportation Officer
           3400 Concord Road
           York, PA 17402

### METHOD OF SERVICE

I certify that this form was provided to the alien by:    (Hand)    (Institution Mail)
( ) CC: Attorney of Record or Designated Representative
(X) CC: A-file

_____    TIMOTHY J. SHEARON    MAR 13 2000
Signature of Officer           Print Name of Officer           Date
(Final 10/18/99)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

IAN MORDLE,

 Petitioner,

v.             No. 1:CV-00-1163

IMMIGRATION AND
NATURALIZATION SERVICE,

 Respondent.

---

### DECLARATION OF GREGORY KENDRICK

I, Gregory Kendrick, Supervisory Deportation Officer for the Philadelphia District of the U.S. Immigration and Naturalization Service, hereinafter referred to as the "Service," hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1. I have reviewed the file maintained by Service relating to Ian Paul Mordle; File Number A36 476 325.

2. Ian Mordle, was ordered removed from the United States on April 22, 1998 in Camp Hill, Pennsylvania under the Criminal Alien Program. Ian Mordle accepted the decision of the Immigration Judge as final and waived appeal.

3. A formal request for a travel document for Ian Mordle was made to the Consulate General of Guyana on July 12, 1999. The Service subsequently followed up the initial request on December 6, 1999, January 24, 2000, April 5, 2000 and May 19, 2000. To date the Service has not received a travel document for Ian Mordle.

4. Ian Mordle came into the custody of the Immigration and Naturalization Service on June 29, 2000 from the Pennsylvania State prison system based on his state conviction and incarceration.

5.  I am personally aware that the Government of Guyana has repatriated returnees ordered removed from the United States as recently as July of 2000.

6.  In July of 2000 the Government of Guyana accepted four aliens ordered removed from the United States without issuing travel documents based on an approved manifest.

Dated: 8/16/00

Gregory Kendrick
Supervisory Deportation Officer

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IAN MORDLE,
        Petitioner       :  No. 1:CV-00-1163

    v.                    :  (Judge Kane)
                              :  (Magistrate Judge Durkin)

IMMIGRATION AND NATURALIZATION
SERVICE,
        Respondent

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 17th day of August, 2000, he served a copy of the attached

**RESPONDENT'S EXHIBITS IN SUPPORT**
**OF ITS RESPONSE TO HABEAS CORPUS PETITION**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

    Ian Mordle
    C/O York County Prison
    3400 Concord Road
    York, PA 17402

THEODORE B. SMITH, III
Assistant U.S. Attorney