**JUDGE'S COPY**

FILED
HARRISBURG, PA
AUG 17 2000
MARY E. D'ANDREA, C
Per

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IAN MORDLE,                          :
                  Petitioner         :    No. 1:CV-00-1163
                                     :
          v.                         :    (Judge Kane)
                                     :    (Magistrate Judge Durkin)
IMMIGRATION AND NATURALIZATION       :
SERVICE,                             :
                  Respondent         :

### RESPONDENT'S MOTION TO FILE OVERSIZED BRIEF

AND NOW, comes the United States of America, respondent in the above-captioned case, by and through its attorneys, David M. Barasch, United States Attorney for the Middle District of Pennsylvania, and Theodore B. Smith, III, Assistant U.S. Attorney, who respectfully move the Court to accept the respondent's 17-page brief in opposition to the petition for writ of habeas corpus.

Respectfully submitted,

DAVID M. BARASCH
United States Attorney

U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754                    THEODORE B. SMITH, III
Harrisburg, PA  17108-1754        Assistant U.S. Attorney
717/221-4482

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IAN MORDLE,                              :
       Petitioner              :   No. 1:CV-00-1163
                                         :
    v.                                 :   (Judge Kane)
                                         :   (Magistrate Judge Durkin)
IMMIGRATION AND NATURALIZATION           :
SERVICE,                                 :
       Respondent              :

## CERTIFICATE OF NONCONCURRENCE

    The undersigned hereby certifies that the petitioner, Ian Mordle, is a _pro se_ prisoner litigant, and for that reason the undersigned Assistant U.S. Attorney did not seek the petitioner's concurrence in the attached **RESPONDENT'S MOTION TO FILE OVERSIZED BRIEF.**

                                     THEODORE B. SMITH, III
                                     Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN MORDLE, | : | |
|     Petitioner | : | No. 1:CV-00-1163 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Durkin) |
| IMMIGRATION AND NATURALIZATION SERVICE, | : | |
|     Respondent | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 17th day of August, 2000, he served a copy of the attached

**RESPONDENT'S MOTION TO FILE OVERSIZED BRIEF**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

    Ian Mordle
    C/O York County Prison
    3400 Concord Road
    York, PA 17402

                              THEODORE B. SMITH, III
                              Assistant U.S. Attorney