

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IAN MORDLE,          :
        Petitioner    :    No. 1:CV-00-1163
                     :
    v.              :    (Judge Kane)
                     :    (Magistrate Judge Durkin)
IMMIGRATION AND NATURALIZATION :
SERVICE,             :
        Respondent   :

## O R D E R

AND NOW, this 21 day of August, 2000, upon consideration of the respondent's motion to file an oversized brief 17 pages in length, the motion is **GRANTED,** and it is hereby **ORDERED** that the respondent's brief in opposition to the petition for writ of habeas corpus is accepted for filing.

RAYMOND J. DURKIN
United States Magistrate Judge

FILED
SCRANTON

AUG 22 2000

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 22, 2000

Re: 1:00-cv-01163   Mordle v. I.N.S.

True and correct copies of the attached were mailed by the clerk to the following:

```
Ian Mordle
CTY-YORK
08660-067
#54704
York County Prison
3401 Concord Road
York, PA  17402

Theodore B. Smith III, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108
```

```
cc:
Judge                          (✓)
Magistrate Judge               (✓)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen   ( )
                                       DA of County  ( )   Respondents   ( )
Bankruptcy Court               ( )
Other_____     ( )
```

MARY E. D'ANDREA, Clerk

DATE: __8/22/00__                                          BY: __[signature]__
                                                                Deputy Clerk