IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN MORDLE, | : CIVIL ACTION NO. 1:00-1163 |
| Petitioner | : (KANE, J.) |
| v. | : (DURKIN, M.J.) |
| IMMIGRATION AND NATURALIZATION SERVICE, | : |
| Respondent | : |

## O R D E R

On September 5, 2000, the petitioner filed a motion for an extension of time within which to file a reply brief in this matter. (Doc. No. 8).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

the petitioner's motion for an extension of time, (Doc. No. 8), is granted to the extent that the plaintiff shall have fifteen (15) days from the date of this order within which to file his reply brief.

RAYMOND J. DURKIN
United States Magistrate Judge

Date: September 7, 2000

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 8, 2000

Re:  1:00-cv-01163     Mordle v. I.N.S.


True and correct copies of the attached were mailed by the clerk to the following:

```
Ian Mordle
CTY-YORK
08660-067
#54704
York County Prison
3401 Concord Road
York, PA  17402

Theodore B. Smith III, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108
```

```
cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )

Bankruptcy Court               ( )
Other_____        ( )
```

MARY E. D'ANDREA, Clerk

DATE: __9/8/00__  BY: __TA__
                     Deputy Clerk