Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Court House
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

IAN MORDLE
54704 IDA-5A
INS DETAINEE
% YORK COUNTY PRISON
3400 CONCORD ROAD
YORK, PA 17402

OCTOBER 8, 2000

ATTN: CLERK OF THE COURT

DOCKET # 1:00-CV-01163

FILED
SCRANTON
OCT 1 2 2000

PER ___AMY___
DEPUTY CLERK

RE: STATUS OF HABEAS CORPUS

Dear Madam/Sir:

    I'm writing this letter to your office to inquire about the status of my petition for a writ of habeas corpus.

    I mailed this petition on September 23, 2000, I will appreciate it very much if you let me know if the court have recieved my rebuttal respond to the INS.

    Thank you very much for your time and consideration in this matter. I look forward to hearing from your office soon.

Sincerely,

*Ian Mordle*

IAN MORDLE
54704 IDA-5A
INS DETAINEE
YORK COUNTY PRISON
3400 CONCORD ROAD
YORK, PA 17402

CC: IM
    File