IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN MORDLE | : | CIVIL ACTION NO. 1:CV-00-1163 |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Mannion) |
| v. | : | |
| IMMIGRATION AND NATURALIZATION SERVICE | : | |
| Respondent | : | |

### O R D E R

Before the court in the captioned action is a January 26, 2001 report of the magistrate judge recommending that the petition for writ of habeas corpus be denied. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Mannion.

2) The Petitioner's Writ of Habeas Corpus, (Doc. No. 1), is **DENIED**.

3) The Clerk of Court shall close the file.

YVETTE KANE
United States District Judge

Dated: February __, 2001.

Certified from the record
Date: 2/28/01
Mary E. D'Andrea, Clerk
Per: George T. Gardner
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 28, 2001

Re:  1:00-cv-01163   Mordle v. I.N.S.

True and correct copies of the attached were mailed by the clerk to the following:

Ian Mordle
CTY-YORK
08660-067
#54704
York County Prison
3401 Concord Road
York, PA  17402

Theodore B. Smith III, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108

cc:
Judge                            ( )            ( ) Pro Se Law Clerk
Magistrate Judge                 (/)            ( ) INS
U.S. Marshal                     ( )            ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    (/)
Federal Public Defender          ( )
Summons Issued                   ( )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5              ( )
Order to Show Cause              ( )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen  ( )   PA Atty Gen ( )
                                           DA of County ( )   Respondents ( )

Bankruptcy Court                 ( )
Other_____   ( )

                                                      MARY E. D'ANDREA, Clerk

DATE: 2/28/01        BY: /s/
                         Deputy Clerk